UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PharmacyChecker.com LLC, | Civil Action No. 7:19-cv-07577-KMK |
| *Plaintiff,* | PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION |
| vs. | |
| National Association of Boards of Pharmacy, Alliance for Safe Online Pharmacies, Center for Safe Internet Pharmacies Ltd., LegitScript LLC, and Partnership for Safe Medicines, Inc., | Judge Kenneth M. Karas<br>Magistrate Judge Paul E. Davison<br><br>**ORAL ARGUMENT REQUESTED** |
| *Defendants.* | |

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction, dated August 14, 2019; the Declaration of Aaron Gott and exhibits thereto, the Affidavit of Tod Cooperman and upon all the papers and proceedings had herein, plaintiff PharmacyChecker.com LLC will move this Court, before the Honorable Kenneth M. Karas, at the United States Courthouse for the Southern District of New York, White Plains Division, located at 300 Quarropas Street, White Plains, New York 10601 on a date and at a time to be designated by the Court, for an Order under 15 U.S.C. § 26 and Fed. R. Civ. P. 65, on the grounds set forth in the memorandum of law.

## CONCLUSION

For all of the foregoing reasons, as well as the reasons stated and authorities cited in the accompanying memorandum in support of this motion and its exhibits, plaintiff's motion should be granted.

| | |
|---|---|
| DATED: August 14, 2019 | By: <u>*S/Alexandra Shear*</u><br>Alexandra Shear |

Alexandra Shear
BONA LAW PC
The Seagram Building
375 Park Ave #2607
New York, NY 10152
(212) 634-6861
alex.shear@bonalawpc.com

Aaron Gott
Jarod Bona
BONA LAW PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
(858) 964-4589
aaron.gott@bonalawpc.com
jarod.bona@bonalawpc.com

*Counsel for Plaintiff*