UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PharmacyChecker.com LLC,

                    *Plaintiff,*

             v.

National Association of Boards of Pharmacy,
Alliance for Safe Online Pharmacies, Center for Safe
Internet Pharmacies Ltd., LegitScript LLC, and
Partnership for Safe Medicines, Inc.,

                    *Defendants.*

No. 7:19-cv-07577-KMK

**STIPULATION EXTENDING
DEFENDANT CENTER FOR SAFE
INTERNET PHARMACIES LTD.'S
TIME TO ANSWER, MOVE TO
DISMISS, OR OTHERWISE
RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, that the time for Defendant Center for

Safe Internet Pharmacies Ltd. to answer, move to dismiss, or otherwise respond to the Complaint

filed on August 13, 2019 (ECF No. 1) is hereby extended to and including **September 26, 2019**;

Dated: New York, New York
       August 30, 2019

/s/ Alexandra Shear
Alexandra Shear
BONA LAW PC
The Seagram Building
375 Park Ave. #2607
New York, New York 10152
(212) 634-6861
alex.shear@bonalawpc.com

Aaron Gott (CA Bar #314264)
Jarod Bona (CA Bar #234327)
BONA LAW PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
(858) 964-4589
aaron.gott@bonalawpc.com
jarod.bona@bonalawpc.com

*Attorneys for Plaintiff PharmacyChecker.com*

/s/Barry Werbin
Barry Werbin
Nicholas G.O. Veliky
HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, New York 10016
Tel.: (212) 592-1400
BWerbin@herrick.com
NVeliky@herrick.com

*Attorneys for Defendant Center for
Safe Internet Pharmacies Ltd.*

SO ORDERED

KENNETH M. KARAS, U.S.D.J.

09/03/2019