UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHARMACYCHECKER.COM LLC,<br><br>*Plaintiff,*<br>v.<br><br>NATIONAL ASSOCIATION OF BOARDS OF PHARMACY, ALLIANCE FOR SAFE ONLINE PHARMACIES, CENTER FOR SAFE INTERNET PHARMACIES LTD., LEGITSCRIPT LLC, AND PARTNERSHIP FOR SAFE MEDICINES, INC.,<br><br>*Defendants.* | Case No. 7:19-CV-07577-KMK |

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ALLIANCE FOR SAFE ONLINE PHARMACIES TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff PharmacyChecker.com LLC and Defendant Alliance for Safe Online Pharmacies ("ASOP") by and through their respective undersigned counsel, subject to this Court's approval, and to the reservation of rights contained in paragraph 2 below, agree and stipulate as follows:

**RECITALS**

WHEREAS, on August 13, 2019, Plaintiff commenced this action in this District by filing a summons and complaint, ECF No. 1, (the "Complaint") against ASOP and other defendants;

WHEREAS, the current deadline for ASOP to answer, move to dismiss, or otherwise respond to Plaintiff's complaint pursuant to Rule 12 of the Fed. R. Civ. P. is on or before September 13, 2019;

WHEREAS, defendants Legitscript LLC and National Association of Boards of Pharmacy previously received extensions of time to respond to the Complaint through and

including October 21, 2019, ECF Nos. 24 and 44, dated Aug. 23, 2019 and Sept. 3, 2019, respectively;

WHEREAS, Plaintiff and ASOP have met and conferred and, by and through their undersigned counsel, mutually agree and herby stipulate to the following:

1. ASOP's time to answer, move to dismiss, or otherwise respond to the Complaint pursuant to Rule 12 of the Fed. R. Civ. P. is hereby extended through and including October 21, 2019.

2. No defense is prejudiced or waived by ASOP in executing, agreeing to, or filing this Stipulation.

**IT IS SO ORDERED.**

Dated: 9/10/2019

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

**STIPULATED TO AND APPROVED BY:**

September 9, 2019        /s/ *Cristina M. Fernandez*
                         Cristina M. Fernandez
                         AXINN, VELTROP & HARKRIDER LLP
                         114 W 47th Street, 22nd Floor
                         New York, NY 10036
                         Telephone: (212) 261-5668
                         Facsimile: (212) 728-2201
                         cfernandez@axinn.com

                         Rachel J. Adcox (*pro hac vice* forthcoming)
                         Jeny M. Maier (application for admission forthcoming)
                         AXINN, VELTROP & HARKRIDER LLP
                         950 F Street N.W.
                         Washington, D.C. 20004
                         Telephone: (202) 721-5406
                         Facsimile: (202) 912-4701
                         radcox@axinn.com

2