UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHARMACYCHECKER.COM, LLC,

                Plaintiff,

v.

NATIONAL ASSOCIATION OF BOARDS OF PHARMACY, *et al.*,

                Defendants.

Case No. 19-CV-7577 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

For the reasons stated on the record at the oral argument on September 11, 2019, the Court denies Plaintiff's Motion for a Preliminary Injunction against Defendants National Association of Boards of Pharmacy and Center for Safe Internet Pharmacies, Ltd. (the "Motion").

The Clerk of Court is directed to terminate the pending Motion, (Dkt. No. 17).

SO ORDERED.

DATED:    September 11, 2019
                White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE