UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PharmacyChecker.com LLC, <br><br> *Plaintiff,* <br><br> vs. <br><br> National Association of Boards of Pharmacy et al., <br><br> *Defendants.* | Civil Action No. 7:19-cv-07577-KMK <br><br> **Plaintiff's Notice of Motion to Sever and Transfer Its Claim against LegitScript LLC** <br><br> Judge Kenneth M. Karas <br> Magistrate Judge Paul E. Davison |

**PLEASE TAKE NOTICE THAT** Plaintiff PharmacyChecker.com hereby moves the Court for an order severing the claim against Defendant LegitScript LLC and transferring the claim against LegitScript to the U.S. District Court for the District of Oregon. This motion is based upon this motion and the memorandum of points and authorities in support thereof.

**PLEASE TAKE FURTHER NOTICE** that the motion will be heard before the Honorable Kenneth M. Karas at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, New York on a date and time designated by the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: May 24, 2021 | BONA LAW PC |
|  | By: <br>    *S/Aaron R. Gott* <br> AARON R. GOTT (admitted *pro hac vice*) |
|  | aaron.gott@bonalawpc.com <br> 15 S. 9th Street, Suite 239 <br> Minneapolis, MN 55402 |

1

James F. Lerner
james.lerner@bonalawpc.com
1330 Avenue of the Americas, Suite 23A
New York, NY 10019

*Counsel for Plaintiff*
*PharmacyChecker.com*