UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHARMACYCHECKER.COM,<br><br>                                 Plaintiff,<br>     v.<br><br>NATIONAL ASSOCIATION OF BOARDS OF PHARMACY, *et al.*,<br><br>                               Defendants. | No. 19-CV-7577 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

      For the reasons stated on the record, Plaintiff's Motion to Sever and Transfer Its Claim against Defendant LegitScript LLC to the U.S. District Court for the District of Oregon is granted.  The Clerk of Court is respectfully directed to terminate the pending motion, (Dkt. No. 154), and transfer Plaintiff's claims against LegitScript LLC to the District of Oregon forthwith.

SO ORDERED.

DATED:      January 26, 2022
                White Plains, New York

                                                          KENNETH M. KARAS
                                                          UNITED STATES DISTRICT JUDGE