

# BONALAW | PC
## ANTITRUST & COMPETITION

SAN DIEGO · DALLAS · MINNEAPOLIS · NEW YORK · DETROIT

**MEMO ENDORSED**

+1 612 284 5001
aaron.gott@bonalawpc.com
bonalaw.com

**Aaron Gott** | Partner & COO
331 Second Ave. S.
Suite 420
Minneapolis, MN 55401

April 26, 2022

**Via ECF**

Hon. Judge Kenneth M. Karas
U.S. District Court, Southern District of New York
300 Quarropas St., Chambers 533
White Plains, NY 10601-4150

    Re: *PharmacyChecker.com LLC v. NABP et al.*, No. 7:19-cv-07577 (KMK) –
    Request for Adjournment of Pre-Motion Conference

Dear Judge Karas:

I write on behalf of plaintiff PharmacyChecker.com to request an adjournment of the May 3, 2022 pre-motion letter conference to another date due to a pre-existing commitment. *See* Dkt. 243. No previous adjournment has been requested.

Defendants do not oppose this request, and have offered the following availability:

    May 5: any time after 2:30pm EST

    May 6: any time before 12:30pm EST

    May 9: all times

Plaintiff is available any time after 10am EST on each of these dates.

                                                          Sincerely,

                                                          Aaron Gott

*Granted. The Court will hold a teleconference on May 9, 2022 at 11:30 AM.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/27/2022