IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PharmacyChecker.com LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>National Association of Board of Pharmacy, Alliance for Safe Online Pharmacies, Center for Safe Internet Pharmacies Ltd., and Partnership for Safe Medicines, Inc.,<br><br>　　　　　Defendants. | Civil Action No.: 7:19-cv-07577-KMK<br><br>Oral Argument Requested |

### NOTICE OF DEFENDANTS' JOINT MOTION FOR
### SUMMARY JUDGMENT ON SHERMAN ACT § 1 CLAIM

**PLEASE TAKE NOTICE** that Defendants National Association of Boards of Pharmacy, Alliance for Safe Online Pharmacies, Partnership for Safe Medicines, Inc., and Center for Safe Internet Pharmacies Ltd. (collectively, "Defendants"), by their attorneys, hereby move this Court for an Order granting summary judgment for Defendants on Plaintiff's Sherman Act § 1 claim and dismissing Plaintiff's claim with prejudice.

**PLEASE TAKE FURTHER NOTICE** that the motion will be heard before the Honorable Kenneth M. Karas at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, New York on a date and at a time designated by the Court.

Dated: June 22, 2022

Respectfully submitted,

/s/ Erik T. Koons
Erik T. Koons (*Pro Hac Vice*)
Jana I. Seidl (*Pro Hac Vice*)
**BAKER BOTTS L.L.P.**

/s/ Leslie E. John
Leslie E. John (*Pro Hac Vice*)
john@ballardspahr.com
Elizabeth P. Weissert (*Pro Hac Vice*)

700 K St. NW
Washington, DC 20001
Telephone: (202) 639-7973
Facsimile: (202) 585-1086
erik.koons@bakerbotts.com
jana.seidl@bakerbotts.com

*Counsel for Defendant National Association of Boards of Pharmacy*

weisserte@ballardspahr.com
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: 215-665-8500

Justin W. Lamson (ID. 770895)
lamsonjw@ballardspahr.com
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, New York 10019
Telephone: (212) 223-0200

*Counsel for Defendant Partnership for Safe Medicines, Inc.*

/s/ Rachel J. Adcox
Rachel J. Adcox (*Pro Hac Vice*)
Melanie Kiser (*Pro Hac Vice*)
**AXINN VELTROP & HARKRIDER LLP**
1901 L St NW
Washington, DC 20036
Tel: 202-912-4700
Fax: 202-912-4701
radcox@axinn.com
mkiser@axinn.com

Denise Plunkett
**AXINN VELTROP & HARKRIDER LLP**
114 West 47th Street
New York, NY 10036
Tel: 212-728-2200
Fax: 212-728-2201
dplunkett@axinn.com

*Counsel for Defendant Alliance for Safe Online Pharmacies*

/s/ Barry Werbin
Barry Werbin, Esq.
Nicholas Grant Olear Veliky, Esq.
**HERRICK, FEINSTEIN LLP**
Two Park Avenue
New York, New York 10016
Tel.: 212-592-1418
bwerbin@herrick.com
nveliky@herrick.com

*Counsel for Defendant Center for Safe Internet Pharmacies Ltd.*