# PX 1
# Filed Under Seal