

APPENDIX A

# APPENDIX

**APPENDIX A: SET ONE MATERIALS**

| Dkt. 261 | **Memorandum of Law in Support of Defendants' Motion to Exclude the Expert Testimony of Benjamin England, Esq.**<br><br>Redaction made in document. The redacted statement discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
|---|---|
| **Dkt. 261-7** (Exhibit 7) | **Transcript of Dr. Tod Cooperman (March 1, 2022)**<br><br>Document discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. |
| **Dkt. 261-9** (Exhibit 9) | **Email (12/19/2017) – Your Inquiry to PharmacyChecker**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's inquiry. The document discloses PCC's internal policies and business practices for responding to website user inquiries. |
| **Dkt. 261-10** (Exhibit 10) | **Email (3/12/2019) – RE: []– Problem with Listed Pharmacy**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |

| Dkt. 261-11 (Exhibit 11) | **Email (6/22/17) – RE: []: Customer complaint** |
|---|---|
| | Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| Dkt. 261-12 (Exhibit 12) | **Email (7/18/2016) – RE: Re [] Drugstore** |
| | Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| Dkt. 261-13 (Exhibit 13) | **Email (3/8/17) – RE: Questionable pills from []** |
| | Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| Dkt. 264 | **Memorandum of Law In Support of Defendants' Joint Motion for Summary Judgment on Sherman Act § 1 Claim** |
| | Redactions made in document. The redacted statement discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |

| | |
|---|---|
| **Dkt. 264-1** | **Defendants' Local Rule 56.1 Statement of Material Facts in Support of their Motion for Summary Judgment**<br><br>Redactions made in document. The redacted statement discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| **Dkt. 264-3** (DX 2) | **Document: Draft Question Response**<br><br>Document is a non-public draft response written by PCC in relation to a website user's specific inquiry. Disclosure of a non-final draft reveals internal processes and procedures PCC implements as part of its business operations and strategy to maintain and grow its business. |
| **Dkt. 264-5** (DX 4) | **Document: Draft Article: "American Seniors Save Average of 80% Ordering Medication from Abroad"**<br><br>Document is a non-public draft article written by PCC in relation to a subject of interest to its website users. Disclosure of a non-final draft reveals internal processes and procedures PCC implements as part of its business operations and strategy to maintain and grow its business. |
| **Dkt. 264-6** (DX 5) | **Document: Template Response Email**<br><br>Document is a non-public email template PCC drafted as part of internal processes and procedures associated with addressing user complaints against PCC accredited pharmacies and the ways PCC acts to ensure compliance by accredited pharmacies with the terms and conditions set forth in the Verification Program and Listing Program. |

| | |
|---|---|
| **Dkt. 264-17 (DX 16)** | **Document: Expert Report of Mark J. Farrar**<br><br>Document discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| **Dkt. 264-18 (DX 17)** | **Email: RE: FW: Interview request-[]—drug prices in TV ads.**<br><br>Document reveals non-public statements and talking points concerning PCC's media and business strategies in relation to maintaining and promoting its business. |
| **Dkt. 264-19 (DX 18)** | **Email 10/25/2018 and attachments: Listing Program Training**<br><br>Document includes a non-public email and an internal business record used by PCC to train its personnel in relation to the internal processes and procedures employed by PCC to operate, maintain, and to ensure compliance by accredited pharmacies of PCC's Verification Program and Listing Program. |
| **Dkt. 264-20 (DX 19)** | **Amended Expert Report of Peter Kent (June 15, 2022)**<br><br>Document discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| **Dkt. 264-21 (DX 20)** | **Email (1/29/2019) – RE: Cost per click price**<br><br>Document is a non-public business communication between PCC and one of its accredited pharmacies. The document discloses PCC's operations, business strategies, and other non-public details concerning PCC's Verification Program and Listing Program. The document further reveals non-public details concerning sources of revenue that PCC's business generates and specific details of a confidential business relationship between PCC and one of its accredited pharmacies. |

| | |
|---|---|
| **Dkt. 264-25** (DX 24) | **Email (9/29/2020) – RE: PharmacyChecker Verification Program Application**<br><br>Document is a non-public business communication between PCC and one of its accredited pharmacies. The document discloses PCC's operations, business strategies, and other non-public details concerning PCC's Verification Program and Listing Program. The document further reveals non-public details concerning sources of revenue that PCC's business generates and specific details of a confidential business relationship between PCC and one of its accredited pharmacies. |
| **Dkt. 264-26** (DX 25) | **Email (1/17/2020) – RE: Increasing daily budget to $200**<br><br>Document is a non-public business communication between PCC and one of its accredited pharmacies. The document discloses PCC's operations, business strategies, and other non-public details concerning PCC's Verification Program and Listing Program. The document further reveals non-public details concerning sources of revenue that PCC's business generates and specific details of a confidential business relationship between PCC and one of its accredited pharmacies. |
| **Dkt. 264-27** (DX 26) | **Email (10/5/2020) – RE: PharmacyChecker Verification Program Application**<br><br>Document is a non-public business communication between PCC and one of its accredited pharmacies. The document discloses PCC's operations, business strategies, and other non-public details concerning PCC's Verification Program and Listing Program. The document further reveals non-public details concerning sources of revenue that PCC's business generates and specific details of a confidential business relationship between PCC and one of its accredited pharmacies. |

| | |
|---|---|
| **Dkt. 264-28** (DX 27) | **Spreadsheet – Accredited Pharmacy Fees and Pay Periods**<br><br>Document contains non-public information concerning PCC's accredited pharmacies that PCC maintains as part of business operations and to ensure compliance with the terms and conditions of its Verification Program and Listing Program. It further contains non-public financial information of PCC, including sources and amounts of revenue generated by accredited pharmacies. |
| **Dkt. 264-30** (DX 29) | **Document – "Q #510" – Is there a setting to show U.S. Pharmacies only?**<br><br>Document is a non-public draft response written by PCC in relation to a website user inquiry. Disclosure of a non-final draft reveals internal processes and procedures PCC implements as part of its business operations and strategy to maintain and grow its business. |
| **Dkt. 264-44** (DX 43) | **Email (8/7/2017) – Your PharmacyChecker Inquiry**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's inquiry. The document discloses PCC's internal policies and business practices for responding to website user inquiries. |
| **Dkt. 264-46** (DX 45) | **Email (10/17/2018) – RE: Patient Advocate – Gabriel Levitt**<br><br>Document reveals non-public statements and talking points concerning PCC's media and business strategies in relation to maintaining and promoting its business. |
| **Dkt. 264-52** (DX 51) | **Email (3/15/2017) – RE: Ask PC**<br><br>Document is an internal communication discussing strategies concerning PCC's response to an inquiry made by a non-party website user. The document reveals internal processes and procedures PCC implements as part of its business operations and strategy to maintain and grow its business. |

| | |
|---|---|
| **Dkt. 264-53** (DX 52) | **Email 3/15/2017 – RE: Ask PC**<br><br>Document is an internal communication discussing strategies concerning PCC's response to an inquiry made by a non-party website user. The document reveals internal processes and procedures PCC implements as part of its business operations and strategy to maintain and grow its business. |
| **Dkt. 264-54** (DX 53) | **Email 12/15/2017 – RE: Your Inquiry to PharmacyChecker**<br><br>Document is a non-public communication between PCC and a non-party website user concerning the use of its website. The document discloses PCC's internal processes and procedures to address inquiries made by its website user. |
| **Dkt. 264-55** (DX 54) | **Document: "Online Pharmacy Reviews and Pharmacy Ratings" –**<br><br>Document is an internal business record that discusses change to PCC's website as well as notes concerning such changes. It reveals PCC's internal processes and procedures in keeping and maintaining its website. |
| **Dkt. 264-56** (DX 55) | **Email (12/28/2018) – Re: Not Recommended Sites List**<br><br>Document is a non-public communication Email exchange is a non-public email concerning PCC's business. In particular, the email chain concerns the NABP's decision to place PCC on its "Not Recommended Sites" list. Following the initial email, the remaining emails are internal business emails concerning PCC's strategies in how to address NABP's decision. |
| **Dkt. 264-58** (DX 57) | **Document: Ask PC #60 – HQ: How much is a 90-day supply of Xarelto?**<br><br>Document is a non-public draft response written by PCC in relation to a website user inquiry. Disclosure of a non-final draft reveals internal processes and procedures PCC implements as part of its business operations and strategy to maintain and grow its business. |

| Dkt. 264-59 (DX 58) | **Email (6/20/2017) – RE: Catapres patches**<br><br>Document is an internal communication discussing business strategies in relation to maintaining and growing its business. |
|---|---|
| Dkt. 264-61 (DX 60) | **Email (3/12/2019) – RE: [] – Problem with Listing Pharmacy**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| Dkt. 264-62 (DX 61) | **Email (3/12/19) – RE: [] – Problem with Listed Pharmacy**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| Dkt. 264-63 (DX 62) | **Email (3/2/19) – Re: Complaint against []**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |

| | |
|---|---|
| **Dkt. 264-64** (DX 63) | **Email (2/27/2019) – RE: [] in customs**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| **Dkt. 264-65** (DX 64) | **Email (12/19/2017) – Your Inquiry to PharmacyChecker**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| **Dkt. 264-66** (DX 65) | **Email (10/26/2017) – Second Notice- Consumer Complaint**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| **Dkt. 264-67** (DX 66) | **Email (1/16/2018) – RE: complaint**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |

| | |
|---|---|
| **Dkt. 264-68** (DX 67) | **Email (8/28/2018) – Re: Complaint: []**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| **Dkt. 264-69** (DX 68) | **Email (2/15/2017) – RE: Big []**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| **Dkt. 264-70** (DX 69) | **Email (12/16/2016) – RE: Bogus Pricing ([] – customer complaint)**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| **Dkt. 264-71** (DX 70) | **Document – PC Answer # 523**<br><br>Document is a non-public draft response written by PCC in relation to a website user inquiry. Disclosure of a non-final draft reveals internal processes and procedures PCC implements as part of its business operations and strategy to maintain and grow its business. |

| | |
|---|---|
| **Dkt. 264-72** (DX 71) | **Email (10/13/2017) – RE: []: Customer complaint**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| **Dkt. 264-73** (DX 72) | **Email (3/8/2017) – RE: Questionable pills from []**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| **Dkt. 264-74** (DX 73) | **Email (7/18/2016) – RE: Re [] Drugstore**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| **Dkt. 264-75** (DX 74) | **Spreadsheet: AskPC Question Log**<br><br>Document is a non-public internal business document containing confidential information of PCC's website users, including their identities and their inquiries. The document further reveals PCC's business strategies and internal processes and procedures for handling certain interactions with its website users. |
| **Dkt. 264-76** (DX 75) | **Document – Template for Processing Consumer Complaints**<br><br>Document is a non-public template and internal business record concerning information needed to process and record a website user's complaint. |

| Dkt. 264-77 (DX 76) | **Document – Consumer Complaint Template**<br><br>Document is a non-public template and internal business record concerning information needed to process and record a website user's complaint. |
|---|---|
| Dkt. 264-78 (DX 77) | **Document – Template for Processing Consumer Complaints**<br><br>Document is a non-public template and internal business record concerning information needed to process and record a website user's complaint. |
| Dkt. 264-79 (DX 78) | **Document – Template for Processing Consumer Complaints**<br><br>Document is a non-public template draft email used by PCC to address website user complaints. |
| Dkt. 264-80 (DX 79) | **Email (7/10/2018) – PharmacyChecker.com Cost-per-Click Statement/Invoice – June 2018**<br><br>Document discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information |
| Dkt. 264-81 (DX 80) | **Spreadsheet – Complaint Log**<br><br>Document is a non-public and internal business record. The document contains confidential information of PCC's website users and accredited pharmacies and reveals PCC's internal processes and procedures for handling complaints made by website users. The document further reveals PCC's business strategies to ensure accredited pharmacies comply with the terms and conditions of its Verification Program and Listing Program. |

| | |
|---|---|
| **Dkt. 264-82** (DX 81) | **Email (4/2/2018) – Fwd. No Imprint Rx Pills/revised order**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| **Dkt. 264-83** (DX 82) | **Email (1/26/2018) – Re: Your Inquiry to PharmacyChecker**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| **Dkt. 264-84** (DX 83) | **Document: # 41 (586) – Kelly first draft**<br><br>Document is a non-public draft response written by PCC in relation to a website user inquiry. Disclosure of a non-final draft reveals internal processes and procedures PCC implements as part of its business operations and strategy to maintain and grow its business. |
| **Dkt. 264-85** (DX 84) | **Spreadsheet: Brand Directory**<br><br>Document is a non-public internal business record. The document discloses details of PCC's proprietary database and the confidential information stored therein. |
| **Dkt. 264-88** (DX 87) | **Email (8/8/2017) – RE: review and feedback**<br><br>Document is an internal communication between PCC personnel concerning PCC's response to a website user inquiry. The document discloses the internal procedures PCC engages in prior to publishing answers to same and reveals PCC's business strategies. |

| | |
|---|---|
| **Dkt. 264-90** (DX 89) | **Document: AskPC Answer # (AskPC questions # 546)**<br><br>Document is a non-public draft response written by PCC in relation to a website user inquiry. Disclosure of a non-final draft reveals internal processes and procedures PCC implements as part of its business operations and strategy to maintain and grow its business. |
| **Dkt. 264-93** (DX 92) | **Email (11/7/2018) – FDA's Inaccurate Public Information about [] from PharmacyChecker Blog**<br><br>Document is an internal communication between PCC personnel concerning PCC's response to statements made by the FDA in relation to one of its accredited pharmacies. The document discloses PCC's internal processes and procedures in addressing public statements. |
| **Dkt. 264-95** (DX 94) | **Email (9/1/2021) – You Inquiry to PharmacyChecker**<br><br>Document is an internal communication between PCC personnel concerning PCC's response to a website user inquiry. The document discloses the internal procedures PCC engages in prior to publishing answers to same and reveals PCC's business strategies. |
| **Dkt. 264-97** (DX 96) | **Email (7/13/2016) – Verification Program Member Notification: July 13, 2016**<br><br>Document is a non-public communication between PCC and its accredited pharmacies concerning its Verification Program and Listing Program. The document reveals the internal processes and procedures PCC employs to ensure accredited pharmacies are informed of and in compliance with its agreements with PCC. |
| **Dkt. 264-98** (DX 97) | **Email (2/20/2015) – [] – Invoice!**<br><br>Document is a non-public financial business record concerning charges made by PCC to one of its accredited pharmacies. |

| | |
|---|---|
| **Dkt. 264-102** (DX 101) | **Email (6/29/2017) – RE: [] and display in the Listing Program Search Results**<br><br>Document is an internal business communication concerning PCC's proprietary systems and proposed changes to the same. The document reveals PCC's internal processes and procedures for making changes to its systems as well as revealing business strategies to maintain and grow its business. |
| **Dkt. 264-103** (DX 102) | **Email (4/1/2021) and attachment – PharmacyChecker Verification Program Notification**<br><br>Document is a non-public communication between PCC and one of its accredited pharmacies concerning compliance with the terms and conditions of the Verification Program and Listing Program. The document reveals PCC's internal policies and procedures in relation to violations by accredited pharmacies of the terms and conditions of their agreements with PCC. |
| **Dkt. 264-105** (DX 104) | **Document – Get your Free U.S. Prescription Discount Card**<br><br>Document is a non-public business record concerning one source of revenue to PCC. The document reveals PCC's internal discussions concerning this revenue and strategic discussions in relation to the same. |



APPENDIX B

## APPENDIX B: SET TWO MATERIALS

| Dkt. 270 | **Plaintiff's Opposition to Defendants' Joint Motion for Summary Judgment on Sherman Act § 1 Claim**<br><br>Redaction made in document. The redacted statement discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
|---|---|
| Dkt. 270-1 | **Plaintiff's Local Rule 56.1 Statement of Material Facts in Opposition Defendants' Motion for Summary Judgment**<br><br>Redaction made in document. The redacted statement discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| Dkt. 270-2 (PX 1) | **Spreadsheet: Accredited Pharmacy Information**<br><br>Document contains non-public information of PCC's accredited pharmacies. Disclosure of the documents would reveal the types of information PCC collects to operate and maintain its Verification Program and Listing Program. |
| Dkt. 270-3 (PX 2) | **Document: Google Analytics**<br><br>Document contains non-public information of PCC's website users. Disclosure of the document would reveal sensitive information central to operating, maintaining, and growing its business. |

| | |
|---|---|
| **Dkt. 270-7** (PX 6) | **Deposition Transcript of Benjamin England (March 16, 2022)**<br><br>Redaction made in document. The redacted statement discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| **Dkt. 270-8** (PX 7) | **Deposition Transcript of Evelyn Delgado (February 4, 2022)**<br><br>Redaction made in document. The redacted transcript discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| **Dkt. 270-10** (PX 9) | **Deposition Transcript of Dr. Tod Cooperman (March 1, 2022)**<br><br>Redaction made in document. The redacted transcript discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| **Dkt. 270-11** (PX 10) | **Deposition Transcript of J. Mark Farrar (April 12, 2022)**<br><br>Redaction made in document. The redacted transcript discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |

| Dkt. 270-12 (PX 11) | **J. Mark Farrar Expert Report** |
|---|---|
| | Redaction made in document. The redacted report discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| Dkt. 270-15 (PX 14) | **Email (10/25/2018) and attachment– Listing Program Training** |
| | Document includes a non-public email and an internal business record used by PCC to train its personnel in relation to the internal processes and procedures employed by PCC to operate, maintain, and to ensure compliance by accredited pharmacies of PCC's Verification Program and Listing Program. |
| Dkt. 270-18 (PX 17) | **Deposition Transcript of Nathan Walker (February 28, 2022)** |
| | Redaction made in document. The redacted transcript discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| Dkt. 270-19 (PX 18) | **Deposition Transcript of Peter Kent (April 5, 2022)** |
| | Redaction made in document. The redacted transcript discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |

| | |
|---|---|
| **Dkt. 270-21 (PX 20)** | **Email (10/5/2020) – RE: PharmacyChecker Verification Program Application**<br><br>Document is a non-public communication between PCC and one of its accredited pharmacies concerning its Verification Program and Listing Program. The document discloses PCC's internal processes and procedures in relation to onboard new accredited pharmacies. |
| **Dkt. 270-22 (PX 21)** | **Document Invoice (4/22/2015)**<br><br>Document is a non-public financial business record concerning charges made by PCC to one of its accredited pharmacies. |
| **Dkt. 270-23 (PX 22)** | **Email (1/25/2017) – FW: [] & PharmacyChecker**<br><br>Document is a non-public communication between PCC and one of its then accredited pharmacy. The document discloses PCC's internal actions in relation to statements made by the accredited pharmacy in relation to its business relationship with PCC. |
| **Dkt. 270-24 (PX 23)** | **Document – Amended Expert Report of Peter Kent (June 15, 2022)**<br><br>Document is a report of defendants' expert, Peter Kent. The report discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| **Dkt. 270-27 (PX 26)** | **Deposition Transcript of Dean Sveinson (July 7, 2022)**<br><br>Document is a deposition transcript that discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |

| | |
|---|---|
| **Dkt. 270-29 (PX 28)** | **Document – Verification Program Compliance Audit Form: Applicant**<br><br>Document is a non-public internal business record. The document reveals PCC's internal processes and procedures to ensure compliance by accredited pharmacies of the terms and conditions of its Verification Program and Listing Program. |
| **Dkt. 270-30 (PX 29)** | **SpreadSheet- PCC Consumer Complaints**<br><br>Document contains information about the non-public internal processes and procedures PCC employs when receiving a complaint from one of its website users in relation to its accredited pharmacies. |
| **Dkt. 270-31 (PX 30)** | **Deposition Transcript of Kelly Ann Barnes**<br><br>Redaction made in document. The redacted transcript discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| **Dkt. 270-34 (PX 33)** | **Document – Online Pharmacy (website): Shared Services Agreement Form**<br><br>Document is a non-public agreement between accredited pharmacies. The document reveals PCC's internal processes and procedures in operating and maintaining its business and to ensure compliance with the terms and conditions of its Verification Program and Listing Program. |
| **Dkt. 270-35 (PX 34)** | **Document – Dispensing Pharmacy: Shared Services Agreement Form**<br><br>Document is a non-public agreement between accredited pharmacies. The document reveals PCC's internal processes and procedures in operating and maintaining its business and to ensure compliance with the terms and conditions of its Verification Program and Listing Program. |

| | |
|---|---|
| **Dkt. 270-42 (PX 41)** | **Email (3/28/2017) – RE: FDA Letter ([] – Verification Program Membership Cancelled by request)**<br><br>Document is a non-public communication between PCC and one of its accredited pharmacies. The document reveals PCC's internal processes and procedures in operating and maintaining its business and to ensure compliance with the terms and conditions of its Verification Program and Listing Program. |
| **Dkt. 270-44 (PX 43)** | **Email (7/10/2018) – [] cost per click for June 2018**<br><br>Document discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information |
| **Dkt. 271** | **Declaration of Gabriel Levitt in Support of Plaintiff's Opposition to Defendants' Joint Motion for Summary Judgment on Sherman Act § 1 Claim**<br><br>Document is a declaration of Gabriel Levitt. The document discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |


APPENDIX C

# APPENDIX

## APPENDIX C: SET THREE MATERIALS

| Dkt. 278 | **Reply Memorandum of Law in Support of Defendants' Motion to Exclude the Expert Testimony of Benjamin England, Esq.**<br><br>Redaction made in document. The redacted statement discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
|---|---|
| Dkt. 280 | **Defendants' Pre-Motion Letter to Strike Portions of Declaration of Gabriel Levitt**<br><br>Redaction made in document. The redacted statement discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| Dkt. 283 | **Defendants' Reply Memorandum of Law in Support of Defendants' Joint Motion for Summary Judgment on Sherman Act § 1 Claim**<br><br>Redaction made in document. The redacted statement discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| Dkt. 283-1 | **Defendants' Reply to Plaintiff's Local Rule 56.1 Statement of Material Facts**<br><br>Redaction made in document. The redacted statement discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |

| | |
|---|---|
| **Dkt. 283-3** (DX 105) | **Deposition Transcript of Janet Gulbransen**<br><br>Document is a deposition transcript that discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| **Dkt. 283-4** (DX 106) | **Deposition Transcript of Dean Sveinson**<br><br>Document is a deposition transcript that discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| **Dkt. 283-5** (DX 107) | **Email (8/28/2018) – RE: Complaint: []**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| **Dkt. 283-6** (DX 108) | **Email (11/15/2016) – RE: Complaint about []**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |

| | |
|---|---|
| **Dkt. 283-7** (DX 109) | **Email (4/8/2020) – RE: Consumer complaint: Unsuccessful attempt to contact [], []**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| **Dkt. 283-8** (DX 110) | **Deposition Transcript of Dr. Tod Cooperman (March 1, 2022)**<br><br>Document is a deposition transcript that discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| **Dkt. 283-9** (DX 111) | **Deposition Transcript of Gabriel Levitt (February 4, 2022)**<br><br>Document is a deposition transcript that discloses PCC's internal policies, business objectives, and strategies in relation to its Verification Program and Listing Program. It further includes proprietary or confidential information concerning PCC's website users, its accredited pharmacies, sources of revenue, and other confidential financial information. |
| **Dkt. 283-12** (DX 114) | **Email (2/27/2019) – RE: [] in customs**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |

| Dkt. 283-13 (DX 115) | **Spreadsheet – Complaint Log**<br><br>Document contains information about the non-public internal processes and procedures PCC employs when receiving a complaint from one of its website users in relation to its accredited pharmacies. |
|---|---|
| Dkt. 283-17 (DX 119) | **Email (6/8/2018) – []: Consumer Inquiry/complaint**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |
| Dkt. 283-20 (DX 122) | **Email (10/26/2017) – Second Notice- Consumer Complaint**<br><br>Document is a non-public business communication between PCC and a non-party website user in relation to the user's complaint against one of PCC's accredited pharmacies. The document discloses PCC's business strategies and the internal processes and procedures it uses to handle user complaints and to ensure accredited pharmacies comply with its Verification Program and Listing Program. |