**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PharmacyChecker.com LLC,<br><br>            Plaintiff,<br><br>v.<br><br>National Association of Board of Pharmacy, Alliance for Safe Online Pharmacies, Center for Safe Internet Pharmacies Ltd., LegitScript LLC, and Partnership for Safe Medicines, Inc.,<br><br>            Defendants. | Civil Action No.: 7:19-cv-07577-KMK |

**MOTION TO WITHDRAW JUSTIN W. LAMSON**
**AS COUNSEL OF RECORD**

Ballard Spahr LLP respectfully moves the Court to withdraw the appearance of Justin W. Lamson as counsel of record for Defendant Partnership for Safe Medicines, Inc. ("PSM") in the above-captioned matter. Leslie E. John of Ballard Spahr LLP will continue to represent PSM in this matter, to whom all further communications and notices to PSM should be directed.

Dated:  August 31, 2022

                                                                                       Respectfully submitted,

                                                                                       */s/ Leslie E. John*
                                                                                       Leslie E. John *Pro Hac Vice*
                                                                                       john@ballardspahr.com
                                                                                      **BALLARD SPAHR LLP**
                                                                                      1735 Market Street, 51st Floor
                                                                                      Philadelphia, PA 19103
                                                                                      Phone: 215-665-8500

                                                                                      *Attorneys for Defendant Partnership for Safe Medicines, Inc.*