UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PharmacyChecker.com LLC,<br><br>   Plaintiff,<br><br>v.<br><br>National Association of Board of Pharmacy, Alliance for Safe Online Pharmacies, Center for Safe Internet Pharmacies Ltd., LegitScript LLC, and Partnership for Safe Medicines, Inc.,<br><br>   Defendants. | Civil Action No.: 7:19-cv-07577-KMK |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW
JUSTIN W. LAMSON AS COUNSEL OF RECORD**

  The Motion to Withdraw Justin W. Lamson as counsel of record for Defendant Partnership for Safe Medicines, Inc. in the above-captioned matter is GRANTED.

  The Clerk of the Court is directed to remove Justin W. Lamson from the docket for this case.

  SO ORDERED this _____ day of September, 2022 by:

          _____
          The Honorable Kenneth M. Karas
          United States District Judge