# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PharmacyChecker.com LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>National Association of Board of Pharmacy, Alliance for Sale Online Pharmacies, Center for Safe Internet Pharmacies Ltd., LegitScript LLC, and Partnership for Safe Medicines, Inc.,<br><br>　　　　　　Defendants. | Civil Action No.: 7:19-cv-07577-KMK |

## MOTION TO WITHDRAW JUSTIN W. LAMSON
## AS COUNSEL OF RECORD

Ballard Spahr LLP respectfully moves the Court to withdraw the appearance of Justin W. Lamson as counsel of record for Defendant Partnership for Safe Medicines, Inc. ("PSM") in the above-captioned matter. Leslie E. John of Ballard Spahr LLP will continue to represent PSM in this matter, to whom all further communications and notices to PSM should be directed.

Dated: September 6, 2022

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Leslie E. John*
　　　　　　　　　　　　　　　　　　　Leslie E. John *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　john@ballardspahr.com
　　　　　　　　　　　　　　　　　　　**BALLARD SPAHR LLP**
　　　　　　　　　　　　　　　　　　　1735 Market Street, 51st Floor
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　Phone: 215-665-8500

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Partnership for Safe Medicines, Inc.*