# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PharmacyChecker.com LLC,<br><br>Plaintiff,<br><br>v.<br><br>National Association of Board of Pharmacy, Alliance for Sale Online Pharmacies, Center for Safe Internet Pharmacies Ltd., LegitScript LLC, and Partnership for Safe Medicines, Inc.,<br><br>Defendants. | Civil Action No.: 7:19-cv-07577-KMK<br><br>**DECLARATION OF JUSTIN W. LAMSON** |

Pursuant to 28 U.S.C. § 1746, I, Justin W. Lamson, declare as follows:

1. I am an attorney admitted to practice in this Court. I am counsel with the law firm of Ballard Spahr LLP (the "Firm"), and have appeared as counsel of record in the above-captioned action on behalf of Defendant Partnership for Safe Medicines, Inc. ("PSM").

2. This Declaration is submitted pursuant to Local Civil Rule 1.4 in support of the Motion to Withdraw my appearance as counsel of record for PSM. Ballard Spahr LLP will continue in its representation of PSM.

3. I am not asserting a retaining or charging lien.

4. The withdrawal will not occasion a request for an extension of any deadlines in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 6, 2022

*s/ Justin W. Lamson*
Justin W. Lamson