UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PharmacyChecker.com LLC,<br><br>Plaintiff,<br><br>v.<br><br>National Association of Board of Pharmacy, Alliance for Safe Online Pharmacies, Center for Safe Internet Pharmacies Ltd., and Partnership for Safe Medicines, Inc.,<br><br>Defendants. | Civil Action No.: 7:19-cv-07577-KMK |

### [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW MELANIE M. KISER AS COUNSEL OF RECORD

The Motion to Withdraw Melanie M. Kiser as counsel of record *pro hac vice* for defendant Alliance for Safe Online Pharmacies ("ASOP") in the above-captioned matter is GRANTED.

The Clerk of the Court is directed to remove Melanie M. Kiser from the docket for this Case.

SO ORDERED this ____ day of January, 2023 by:

_____
The Honorable Kenneth M. Karas
United States District Judge

8/4/2023