UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

PharmacyChecker.com LLC,

                         Plaintiff,

     -against-

National Association of Boards of Pharmacy, et al.,

                        Defendants.

-----------------------------------------------------------------X

5/20/2025

**19-cv-07577-KMK-VR**

**ORDER RE DISCOVERY CONFERENCE**

Click or tap here to enter text.

**VICTORIA REZNIK, United States Magistrate Judge:**

       A Discovery Conference (via telephone) is hereby scheduled for **May 23, 2025 at 11:00 a.m.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Discovery Conference, the parties should be prepared to discuss the issues raised in ECF Nos. 429 and 433.

**SO ORDERED.**

DATED:      White Plains, New York

May 20, 2025

_____

VICTORIA REZNIK

United States Magistrate Judge