IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PharmacyChecker.com LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>National Association of Boards of Pharmacy, *et al.,*<br><br>        Defendants. | Case No. 7:19-cv-7577 (KMK)(VR)<br>Hon. Victoria Reznik |

### DEFENDANT NABP'S NOTICE OF MOTION FOR SANCTIONS

**PLEASE TAKE NOTICE** that, pursuant to Rule 37(e)(1) of the Federal Rules of Civil Procedure, Defendant National Association of Boards of Pharmacy ("NABP") by and through its attorneys, hereby moves this Court for an Order granting NABP's Motion for Sanctions. In support of its Motion, NABP submits the accompanying Memorandum of Law in Support, the Declaration of Kelsey Paine, and the exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that the Motion will be heard before the Honorable Victoria Reznik at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, New York on a date and at a time designated by the Court.

Dated: August 15, 2025

                                                                     Respectfully submitted,

                                                                     */s/ Erik T. Koons*
                                                                     Erik T. Koons (*Pro Hac Vice*)
                                                                     Kelsey Paine (*Pro Hac Vice*)
                                                                     Natalie Cardenas (*Pro Hac Vice*)
                                                                     Megan Tankel (*Pro Hac Vice*)
                                                                     **BAKER BOTTS L.L.P.**
                                                                     700 K St. NW
                                                                     Washington, DC 20001
                                                                     Telephone: (202) 639-7973

2

Facsimile:  (202) 585-1086
erik.koons@bakerbotts.com
kelsey.paine@bakerbotts.com
natalie.cardenas@bakerbotts.com
megan.tankel@bakerbotts.com

Monica H. Smith (*Pro Hac Vice*)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: (214) 953-6929
monica.smith@bakerbotts.com

*Counsel for Defendant National Association of Boards of Pharmacy*