UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PharmacyChecker.com LLC,

                              Plaintiff,

              -against-

National Association of Boards
of Pharmacy et al.,

                              Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2025

19-cv-07577-KMK-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      Plaintiff PharmacyChecker.com and Defendant National Association of Boards of Pharmacy filed multiple letter motions requesting leave to file documents under seal concerning two discovery disputes. Although the Court resolved the underlying discovery disputes, the sealing requests remain pending. In their letters, the parties individually explain how the respective letters contain confidential business information produced pursuant to a protective order. (ECF Nos. 416; 422; 431; 483; 492; 496). For the reasons articulated by the parties in their letters, the requests to seal are GRANTED.

      The Clerk of Court is respectfully directed to maintain the following docket entries under seal and only viewable to "selected parties:"

- ECF No. 417
- ECF No. 418
- ECF No. 424
- ECF No. 432
- ECF No. 487
- ECF No. 494
- ECF No. 498

1

The Clerk of Court is also kindly directed to close the gavels associated with the following docket entries:

- ECF No. 416
- ECF No. 422
- ECF No. 431
- ECF No. 483
- ECF No. 492
- ECF No. 496
- ECF No. 497
- ECF No. 498

**SO ORDERED.**

DATED:   White Plains, New York
         9/22/2025

_____
VICTORIA REZNIK
United States Magistrate Judge