BAKER BOTTS L.L.P.

700 K STREET, N.W.
WASHINGTON, D.C.
20001

TEL +1 202.639.7700
FAX +1 202.639.7890
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON
NEW YORK
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
**WASHINGTON**

December 18, 2025

**VIA CM/ECF**
Hon. Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Erik Koons
TEL: 2026397973
FAX: 2025851086
erik.koons@bakerbotts.com

Re: *PharmacyChecker.com LLC v. National Association of Boards of Pharmacy et al.*, No. 19-cv-07577-KMK; Request to Seal Defendant NABP's Motion for Summary Judgment Filings

Dear Judge Karas:

We represent Defendant National Association of Boards of Pharmacy ("Defendant" or "NABP") in this case. Pursuant to Section IX(A) of the Court's Individual Rules of Practice, Defendant respectfully submits this letter motion to file under seal portions of the following: (1) Defendant NABP's Memorandum of Law in Support of its Motion for Summary Judgment; (2) Defendant NABP's Local Rule 56.1 Statement of Material Facts in Support of its Motion for Summary Judgment and accompanying Exhibits 5, 9, 13–14, 18–24, 27–29, 31, 33–34, 38–41, 43–58, 61, 64–67, 69–72, 75, 77, 83–84, 87–88; and (3) the declaration of Justin Macy (the "Sealing Papers"). Exhibit 5 and the declaration of Justin Macy describe and cite to information that NABP has designated as Confidential, Highly Confidential, or Outside Counsel Eyes Only, in whole or in part, under the Protective Order. The remaining Sealing Papers describe and cite to information that Plaintiff PharmacyChecker.com LLC ("PCC") or third-party pharmacy websites have designated as Confidential, Highly Confidential, or Outside Counsel Eyes Only, in whole or in part, under the Protective Order.

**Legal Standard:** While federal courts recognize a general common law right of public access to court records and proceedings, the right of access is not absolute, and courts have discretion to deny such public access where appropriate. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597–99 (1978)). "To determine whether documents should be placed under seal, a court must balance the public's interest in access to judicial documents against the privacy interests of those resisting disclosure." *In re Utica Mut. Ins. Co. v. INA Reinsurance Co.*, 468 F. App'x 37, 39 (2d Cir. 2012) (citing *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006)). Court documents may be sealed to avert "[p]otential damage from the release of sensitive business information" and protect from the disclosure of information that may harm a business's ability to compete in the future. *Bergen Brunswig Corp. v. Ivax Corp.*, No. 97-CV-2003, 1998 WL 113976, at *3 (S.D.N.Y. Mar. 12, 1998) (collecting cases); *Standard v. Fin. Indus. Regulatory Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009) (affirming district court's sealing on grounds that the party's "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access").

**Sealing Justification:** Exhibit 5 (the January 21, 2025 Deposition of Justin Macy), and the declaration of Justin Macy describe and cite to information that NABP has designated as Confidential, Highly Confidential, or Outside Counsel Eyes Only, in whole or in part, under the Protective Order. Specifically, these materials cite to confidential and sensitive information about NABP's sources of revenues and the relative size of those sources of revenues.

The remaining Sealing Papers, listed below, describe and cite to information that PCC or third-party pharmacy websites have designated as Confidential, Highly Confidential, or Outside Counsel Eyes Only, in whole or in part, under the Protective Order. In addition, Exhibit 87 also reflects sensitive personal information about a third-party pharmacy website's customers.

For documents that are filed with redactions, the confidential portions of such documents are highlighted in yellow in the sealed filings. Where particular excerpts of documents are highlighted in both yellow for confidentiality and blue for emphasis, they will appear in green in the sealing filings.

1. Exhibit 9: June 27, 2025 Rebuttal Expert Report of Peter Kent
2. Exhibit 13: January 28, 2025 Deposition of Tod Cooperman
3. Exhibit 14: January 31, 2025 Deposition of Gabriel Levitt
4. Exhibit 18: January 14, 2025 Deposition of Lucia Mueller
5. Exhibit 19: PCC_0384682
6. Exhibit 20: PCC_0161807
7. Exhibit 21: PCC_0229364
8. Exhibit 22: PCC_0155279
9. Exhibit 23: PCC_0227629
10. Exhibit 24: March 1, 2022 Deposition of Tod Cooperman
11. Exhibit 27: February 4, 2022 Deposition of Gabriel Levitt
12. Exhibit 28: January 17, 2025 Deposition of Shivam Patel
13. Exhibit 29: January 24, 2025 Deposition of Jeffrey Poirier
14. Exhibit 31: PCC_0143573
15. Exhibit 33: June 27, 2025 Rebuttal Expert Report of J. Mark Farrar
16. Exhibit 34: February 28, 2022 Deposition of Nathan Walker

17. Exhibit 38: PCC_0143288
18. Exhibit 39: Exhibit 17 to February 4, 2022 Deposition of Gabriel Levitt
19. Exhibit 40: PCC_0386953
20. Exhibit 41: PCC_0267994
21. Exhibit 43: February 25, 2022 Deposition of Kelly Ann Barnes
22. Exhibit 44: PCC_0227255
23. Exhibit 45: PCC_0226297
24. Exhibit 46: PCC_0227489
25. Exhibit 47: PCC_0231951
26. Exhibit 48: PCC_0246381
27. Exhibit 49: PCC_0337474
28. Exhibit 50: Exhibit 6 to February 25, 2022 Deposition of Kelly Ann Barnes
29. Exhibit 51: Exhibit 14 to February 25, 2022 Deposition of Kelly Ann Barnes
30. Exhibit 52: Exhibit 16 to February 25, 2022 Deposition of Kelly Ann Barnes
31. Exhibit 53: Exhibit 17 to February 25, 2022 Deposition of Kelly Ann Barnes
32. Exhibit 54: PCC_0439241
33. Exhibit 55: PCC_0433182
34. Exhibit 56: PCC_0236933
35. Exhibit 57: PCC_0161984
36. Exhibit 58: PCC_0228959
37. Exhibit 61: Exhibit 7 to March 1, 2022 Deposition of Tod Cooperman
38. Exhibit 64: Exhibit 14 to March 1, 2022 Deposition of Tod Cooperman
39. Exhibit 65: Exhibit 18 to February 25, 2022 Deposition of Kelly Ann Barnes
40. Exhibit 66: December 11, 2024 Deposition of Ross Phan
41. Exhibit 67: PCC_0224909

42. Exhibit 69: PCC_0340238
43. Exhibit 70: Exhibit 11 to January 24, 2025 Deposition of Jeffrey Poirier
44. Exhibit 71: PCC_0261313
45. Exhibit 72: PCC_0432046
46. Exhibit 75: PCC_0312421
47. Exhibit 77: PCC_0357300
48. Exhibit 83: June 9, 2025 Deposition of Jonathan Hochman
49. Exhibit 84: May 1, 2025 Supplemental Expert Report of Dr. Jonathan Hochman
50. Exhibit 87: DSC_EXT000000077, produced by third-party Aqua Enterprise, Inc.
51. Exhibit 88: July 7, 2022 Deposition of Dean Sveinson

Respectfully submitted,

Erik T. Koons

cc: All counsel of record (by CM/ECF)

For the reasons articulated above by NABP, NABP's request to seal is GRANTED.

So ordered.

September 3, 2026